■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP CLARK, Appellant. [888 NYS2d 891]

The record supports the court's discretionary upward departure to a level three sex offender adjudication. Defendant committed a serious sexual assault that was similar to the offense requiring registration, but that was not accounted for in the risk assessment instrument because it was a subsequent offense. This conduct demonstrates that defendant poses an increased risk to public safety, and warrants the upward departure (*see People v Buss*, 44 AD3d 634, 635 [2007], *affd* 11 NY3d 553 [2008]). Concur—Andrias, J.P., Saxe, Sweeny, Moskowitz and Abdus-Salaam, JJ.